NUMBER 13-07-015-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE: FERNANDO GARCIA


 ________________________________________________________________


On Petition for Writ of Mandamus

__________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Benavides


Per Curiam Memorandum Opinion (1)



 Relator, Fernando Garcia, filed a petition for writ of mandamus in the above
cause on January 10, 2007, in which he alleges that respondent, the Presiding Judge
of the 93rd Judicial District Court of Hidalgo County, Texas, abused his discretion by
failing to enforce an order issued on July 7, 2006, by the Texas Court of Criminal
Appeals, ordering respondent to allow relator an out-of time appeal. Reviewing this
Court's record sua sponte, relator's notice of appeal was filed on September 1, 2006,
and appellant's brief is due to be filed on January 27, 2007, by appointed counsel,
Oscar Rene Flores. The Court, therefore, is of the opinion that relator's petition is now
moot. Accordingly, relator's petition for writ of mandamus is denied as moot. See
Tex. R. App. P. 52.8(a).


 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 12th day of January, 2007.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).